# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**CARL FILUS,**

        **Plaintiff,**

-vs-                                    Case No. 07-14927
                                          Honorable Denise Page Hood
                                          Magistrate Judge Steven D. Pepe

**UNITED RESOURCE SYSTEMS, INC.,**

        **Defendant.**

_____/

| | |
|---|---|
| LAW OFFICES OF BRIAN P. PARKER, P.C. | STILLMAN LAW OFFICE |
| BRIAN P. PARKER (P 48617) | MICHAEL R. STILLMAN (P42765) |
| Attorney for Plaintiff | MIMI D. KALISH (P52383) |
| 30700 Telegraph Rd., Suite 1580 | Attorneys for Defendant |
| Bingham Farms, MI 48025 | 7091 Orchard Lake Road, Suite 270 |
| (248) 642-6268 | West Bloomfield, MI 48322 |
| (248) 642-8875 (FAX) | (248) 851-6000 |
| lemonlaw@ameritech.net | mimi@stillmanlaw.com |
| WWW.COLLECTIONSTOPPER.COM | |

_____/

## STIPULATION AND ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS
## STIPULATION

      IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

| | |
|---|---|
| BRIAN P. PARKER, P.C. | STILLMAN LAW OFFICE |
| | |
|     s/Brian Parker     |     s/Mimi D. Kalish (w/consent )     |
| BRIAN P. PARKER (P48617) | MIMI D. KALISH (P52383) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Road, Suite 1580 | 7091 Orchard Lake Road, Suite 270 |
| Bingham Farms, MI 48025 | West Bloomfield, MI 48322 |
| (248) 642-6268 | (248) 851-6000 |
| lemonlaw@ameritech.net | mimi@stillmanlaw.com |

# ORDER OF DISMISSAL
# WITH PREJUDICE AND WITHOUT COSTS

At a session of said Court held in the City of Detroit, County of
Wayne, State of Michigan, on   February 27, 2008

PRESENT: HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

This matter having come before this Honorable Court pursuant to Stipulation hereto attached; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be dismissed with prejudice and without costs, resolving the last pending claim and closing the case.

S/ DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


Dated:  February 27, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 27, 2008, by electronic and/or ordinary mail.

s/William F. Lewis
Case Manager